IN AND FOR THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDA FLOYD ) | |
|    MOVANT ) | |
| ) | |
| v ) | DOCKET NO.: 6:04-CR-6029 |
| ) | |
| UNITED STATES OF AMERICA ) | |
|    RESPONDENT ) | |

## MOTION TO REEVALUATE OR REDUCE RESTITUTION
## OF AN INDIVIDUAL IN FEDERAL CUSTODY

NOW COMES MOVANT, LINDA FLOYD, WHO MAKES THE FOLLOWING STATEMENTS:

1. I AM CURRENTLY INCARCERATED AT FEDERAL CORRECTIONAL COMPLEX CAMP LOCATED IN COLEMAN, FLORIDA;

2. I WAS SENTENCED ON JUNE 15, 2004 AND SELF SURRENDERED TO THE FEDERAL BUREAU OF PRISONS FCC COLEMAN CAMP ON AUGUST 23, 2004 FOR VIOLATION OF SUPERVISED RELEASE AND CONSPIRACY TO UTTER COUNTERFEIT FORGED INSTRUMENTS;

3. AT THE TIME OF SENTENCING, I WAS IMPOSED RESTITUTION IN EXCESS OF $90,000.00.

### RATIONALE

THIS MOVANT PRAYS THAT THIS HONORABLE COURT WILL REEVALUATE OR REDUCE THE AMOUNT OF THE RESTITUTION ATTRIBUTED TO HER BECAUSE AT SENTENCING, HER OTHER CO-DEFENDANTS WERE GIVEN DIFFERENT AMOUNTS TO PAY AND THIS MOVANT FEELS THAT THE AMOUNT ATTRIBUTED TO HER IS UNREALISTIC. ONCE MOVANT IS RELEASED AND SECURES A JOB, HER RESPONSIBILITY INCLUDES THE CARE OF HER THREE CHILDREN ALONG WITH OTHER HOUSEHOLD BILLS.

THIS MOVANT IS AND HAS BEEN PAYING $130 PER MONTH RESTITUTION SINCE APRIL 2005.

THIS MOVANT FEELS THAT SHE SHOULD BE HELD ACCOUNTABLE FOR WHAT WAS ATTRIBUTED TO HER SINCE SHE CAME IN ON THE LAST END OF THE CONSPIRACY AND COULD NOT POSSIBLY HAVE BEEN RESPONSIBLE FOR SUCH A LARGE AMOUNT.

THIS MOVANT FEELS THAT A MORE REALISTIC AMOUNT COULD BE REALIZED AND THEREFORE WOULD NOT BE A FACTOR IN HER VIOLATING THE TERMS OF RE-PAYMENT SHOULD SHE FALTER IN ANY WAY IN MAKING THE REQUIRED PAYMENTS.

THIS MOVANT PRAYS THAT THIS HONORABLE COURT APPOINTS HER LEGAL REPRESENTATION TO ADDRESS THIS ISSUE.

RESPECTFULLY SUMITTED:

LINDA FLOYD
REGISTER #: 10056-055
FEDERAL CORRECTIONAL COMPLEX CAMP/F-3
P.O. BOX 1027
COLEMAN, FL  33521-1027

## CERTIFICATE OF SERVICE

I, LINDA FLOYD, UNDER PERJURY OF LAW CERTIFY THAT I PUT IN THE UNITED STATES MAIL A MOTION TO REEVALUATE, REDUCE OR DISMISS RESTITUTION TO THE FOLLOWING:

HONORABLE DAVID G. LARIMER
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
250 KENNETH B. KEATING FEDERAL BUILDING
100 STATE STREET
ROCHESTER, NY  14614-1324

and

CLERK OF COURT
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
250 KENNETH B. KEATING FEDERAL BUILDING
100 STATE STREET
ROCHESTER, NY  14614-1324

Dated this _15_ day of November 2005.

_/s/ Linda M. Floyd_
Linda Floyd
Register #: 10056-055
Federal Correctional Complex Camp/F-BL
P.O. Box 1027
Coleman, FL  33521-1027